```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```

FILED
NOV 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00394 LJO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| FELLIE MARTIN BRADFORD, JR. | CRIMINAL PROCEDURE |
| Defendant | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 10, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(B)-Distribution of Cocaine Base, charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

1

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.
3 | DATED: November 10, 2011            Respectfully submitted,
4 |                                     BENJAMIN B. WAGNER
                                        Acting United States Attorney
5 |
                                        By
6 |                                        ELANA S. LANDAU
                                        Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 10 day of November, 2011
9 |
10|                                     _____
                                        U.S. Magistrate Judge