1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,        )   Case No: 1:11-CR-394
                                      )
12 |                     Plaintiff,   )
                                      )   ORDER TO **UNSEAL** INDICTMENT
13 |        v.                        )
                                      )
14 |                                  )
   | FELLIE MARTIN BRADFORD, JR.,     )
15 |                                  )
   |                     Defendant.   )
16 |                                  )
   |                                  )
17 |_____)

18      Upon application of the United States of America and good cause

19 having been shown,

20      IT IS HEREBY ORDERED that the indictment in the above-captioned

21 proceeding be and is hereby unsealed.

22

23 Date: NOV 18, 2011           /s/ Jennifer L. Thurston
                                Honorable Jennifer L. Thurston
24                              United States Magistrate Judge

25

26

27

28

                                    2

1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9

10

11 | UNITED STATES OF AMERICA,     )
                                   )   Case NO. 1:11-CR-394
12 |               Plaintiff,      )
                                   )   REQUEST TO **UNSEAL** INDICTMENT
13 |     v.                        )
                                   )
14 | FELLIE MARTIN BRADFORD, JR.   )
                                   )
15 |               Defendant.      )
                                   )
16 |_____)

17

18
        The arrest warrant in the above-captioned proceeding was
19
   executed on November 18, 2011.  As a result, there is no need for the
20
   indictment to remain under seal.  Accordingly, the United States asks
21
   that the Court order that the indictment be unsealed.
22

23
                                  BENJAMIN B. WAGNER
24                                United States Attorney

25

26 Date: November 18, 2011        /s/ Elana S. Landau
                                  By: Elana S. Landau
27                                Assistant United States Attorney

28

                                   1