# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case** No. 1:11-CR-394-LJO |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| **FELLIE MARTIN BRADFORD, JR.,** | |
| **Defendant.** | |

The Court has received and reviewed the Defendant's request for early termination of supervised release. *See* ECF No. 28. The Court invited both Probation and the U.S. Attorney's Office to weigh in on the formal request. Both responded. *See* ECF No. 29.

The request is GRANTED. Supervised Release is hereby terminated.

IT IS SO ORDERED.

Dated: __**August 22, 2018**__      __/s/ Lawrence J. O'Neill___
UNITED STATES CHIEF DISTRICT JUDGE

1